UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KRISTOPHER KAHAO, ET AL.

VERSUS

XACTWARE SOLUTIONS, INC,
ET AL.

CIVIL ACTION

NO. 10-846-JJB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Dalby, dated July 22, 2011 (doc. no. 22). The parties have filed several briefs, which have duly been considered.

The court finds that the report and recommendation of the magistrate judge is legally and factually correct. The parties essential restate their prior arguments.

Accordingly the Motion to Remand (doc. no. 6) is GRANTED; the motion for attorney's fees is DENIED.

Baton Rouge, Louisiana, this 26th day of September 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE